UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC., | CASE NO. C25-1898-KKE |
| Plaintiff(s), | ORDER OF DISMISSAL |
| v. | |
| OTIS MINNESOTA SERVICES LLC, | |
| Defendant(s). | |

Plaintiff has notified the Court of its voluntary dismissal of this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (B).  Dkt. No. 7.  Accordingly, this matter is DISMISSED without prejudice and the clerk is directed to administratively close this case.

Dated this 23rd day of October, 2025.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1